NOT FOR PUBLICATION                                                                (Docket No. 9)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| JAMES T. GALLINA, | : | |
| Plaintiff, | : | Civil No. 09-0654 (RBK) |
| v. | : | **ORDER** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | : | |
| Defendant. | : | |

**THIS MATTER** having come before the Court upon Plaintiff James T. Gallina's ("Plaintiff") appeal of a final decision of the Defendant Commissioner of Social Security Michael J. Astrue, denying Plaintiff's application for disability benefits; and the Court having considered the submissions of the parties; and for the reasons expressed in an Opinion issued today;

**IT IS HEREBY ORDERED** that the Administrative Law Judge's decision in this matter, denying Plaintiff's application for disability benefits, dated September 29, 2008 is hereby **AFFIRMED**.

Dated: 3-4-2010                                                                 /s/ Robert B. Kugler
                                                                                          ROBERT B. KUGLER
                                                                                          United States District Judge